UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:

ASHLEY NICOLE EDISON

Plaintiff,

v.

MICHAEL MEEKER, ALTENBURG HAULING,
INC., CENTRAL MONTANA HAULING, INC., and
BROCK ALTENBURG,

Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendants Michael Meeker, Altenburg Hauling, Inc., Central Montana Hauling, Inc., and Brock Altenburg ("Defendants") remove this action from the District Court for Larimer County, Colorado to this Court based on diversity of citizenship. In that regard, Defendants allege the following.

1. On or about January 31, 2022, Plaintiff Ahsley Nicole Edison filed a lawsuit in Colorado state court against Defendants in a case styled <u>Edison v. Meeker</u>, District Court for Larimer County, Colorado, No. 2022CV30071.

2. Defendants are filing herewith the current state court docket sheet (register of actions) and all pleadings, processes, orders, and other documents filed in the state court action.

3. The lawsuit arises out of a vehicle accident on or about February 1, 2019 between Plaintiff and Defendant Michael Meeker.

4. The amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff's civil cover sheet filed in the state court action states Plaintiff is seeking a monetary judgment for more than $100,000.

5. Plaintiff is a citizen of Kentucky.

6. Defendant Michael Meeker is a citizen of Montana.

7. Defendant Altenburg Hauling, Inc. is a citizen of Montana. It is a corporation incorporated under the laws of Montana with its principal place of business in Montana.

8. Defendant Central Montana Hauling, Inc. is a citizen of Montana. It is a corporation incorporated under the laws of Montana with its principal place of business in Montana.

9. Defendant Brock Altenburg is a citizen of Montana.

10. Defendant Michael Meeker accepted service of process of his Summons and Complaint on March 1, 2022.

11. Defendants Altenburg Hauling, Inc., Central Montana Hauling, Inc., and Brock Altenburg were served with their Summons and Complaint on February 23, 2022.

12. This Court has original subject matter jurisdiction over this matter based on diversity of citizenship under 28 U.S.C. § 1332(a).

13. This Notice of Removal is timely under 28 U.S.C. § 1446(b).

14. Venue in this Court is proper under 28 U.S.C. § 1441(a) because the state court action is located in the District of Colorado.

15. No prior notice of removal has been filed.

16. Defendants are serving a copy of this Notice of Removal on all other parties.

17. Defendants are filing a copy of this Notice of Removal in the state court action.

18. All Defendants consent to and join in this removal.

Therefore, Defendants hereby remove the state court action to this Court.

Dated March 22, 2022.

                                                                    *s/ Miles M. Dewhirst*

                                                                      Miles M. Dewhirst, No. 16832
Jay Jacobson, No. 36994
Dewhirst & Dolven, LLC
650 South Cherry Street, Suite 600
Denver, CO 80246
303-757-0003
mdewhirst@dewhirstdolven.com
jjacobson@dewhirstdolven.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2022, a true and correct copy of the above was e-filed and e-served via CM/ECF which will send automatic notification of said filing to all active counsel of record.

Russell B. Connelly, No. 49691
The Connelly Law Firm, LLC
PO Box 271926
Fort Collins, Colorado  80527
970-576-4239
russ@theconnellylawfirm.net
Attorney for Plaintiff

                                                                     *s/ Donna Previti*
                                                                     Donna Previti, Paralegal
                                                                     Dewhirst & Dolven, LLC